UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRISA HARRIS,

                                       Plaintiff,

-against-

540 WEST 145 LLC, et al.,

                                       Defendants.

------------------------------------------------------------------X

24-CV-5987 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update by **April 30, 2025**, informing the Court of the progress of mediation.

      **SO ORDERED.**

DATED:    New York, New York
                March 10, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge