UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRISA HARRIS,

                      Plaintiff,

                -against-

540 WEST 145 LLC, *et al.*,

                    Defendants.
-------------------------------------------------------- X

24-CV-5987 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case reached a settlement agreement during mediation proceedings. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge